James HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59897.

Missouri Court of Appeals, Western District.

May 7, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied Aug. 27, 2002.

Andrew A. Schroeder, Esq., Kansas City, MO, for appellant.

John M. Morris, III, Esq., Jefferson City, MO, for respondent.

Richard A. Starnes, Esq., Asst. Attorney General, Jefferson City, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

James Harris appeals the denial of his Rule 29.15 motion for post-conviction relief alleging ineffective assistance of counsel. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).